SEND



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN TRAIL L.P., et al.,<br><br>Defendants. | Case No. CV 99-11194 CAS(JWJx)<br><br>**NOTICE TO COUNSEL** |

This case has been assigned to the calendar of Judge Christina A. Snyder. This Notice to Counsel shall be applicable to all parties appearing <u>in propria persona</u>, and for purposes of this notice, the term "counsel" shall include any person appearing in <u>pro per</u>.

Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. Copies of the Local Rules may be purchased from one of the following:

| | | |
|---|---|---|
| Los Angeles Daily Journal<br>915 East 1st Street<br>Los Angeles, CA 90012 | Metropolitan News<br>210 South Spring Street<br>Los Angeles, CA 90012 | West Group<br>610 Opperman Drive<br>Egan, Minnesota 55123 |

11

The Local Rules may also be found on the United States District Court's website at the following address: HTTP://WWW.CACD.USCOURTS.GOV. Please note that certain of the Local Rules have recently been amended or are now in the process of being amended.

The attention of counsel is particularly directed to Local Rules 6, 7, 9 and 23 for the conduct of mandatory pretrial and settlement proceedings. Counsel should also be guided by the following requirements when litigating cases assigned to Judge Snyder:

    1.    INTERROGATORIES: Refer to the Local Rules.

    2.    MOTIONS: Motions shall be heard on each Monday of the month at 10:00 a.m., unless otherwise ordered by the Court. If Monday is a national holiday, the succeeding Monday shall be the motion day and all matters noticed for such Monday stand for hearing on the following Monday without special order or notice. The Court provides written tentative rulings on most motions. Counsel are encouraged to direct oral argument to the matters raised in the tentative ruling and to submit to any part of the ruling that is not in genuine dispute, where appropriate. The Court will notify counsel if it does not require oral argument on any specific motion.

Motion papers should comply with the Local Rules. Briefs should not exceed the page limits authorized by the Local Rules. The Court will rarely grant leave to file briefs that exceed the authorized page limits. Counsel are admonished not to circumvent page limits by filing multiple motions which purport to address separate issues in a case. Such motions will not be considered unless counsel obtains leave to file more than one motion or to file a brief that exceeds the page limits authorized by the Local Rules.

    3.    EX PARTE APPLICATIONS:

        A.    NOTICE: The parties' and counsels' attention is directed to Local Rule 7.18.1. The moving party shall inform the opposing party or parties

1  that such party or parties shall have 48 hours from the date of delivery of the
2  moving papers to file and serve their opposition papers, if any.

1. that such party or parties shall have 48 hours from the date of delivery of the moving papers to file and serve their opposition papers, if any.

      B.    HEARING: No hearing will be held on any ex parte application unless deemed necessary by the Court and in such case counsel will be notified by the Courtroom Deputy Clerk.

4. DISCOVERY CUTOFF: Generally, the Court will set a discovery cutoff date at the initial mandatory status conference. The Court expects that by the date of the discovery cutoff, all discovery and responses thereto shall have been served, and all motions to compel will be on file and noticed for hearing prior to the discovery cutoff date. The only discovery that may be conducted after the discovery date without leave of Court is discovery ordered by the Magistrate Judge for which a timely-filed motion was pending before the discovery cutoff date. Motions must be heard at least 21 days prior to the pretrial conference. See Local Rule 9.4.8. Unless the Court has issued a contrary order, all discovery motions should be set before the Magistrate Judge to whom this case is assigned.

5. COURTESY COPIES: Counsel shall deliver conformed courtesy copies of all filed motions, responses, and replies in motion matters to Judge Snyder's chambers.

6. CONTINUANCES: Continuances will only be granted based upon a showing of good cause. Stipulations, including second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by the Court. (See Local Rule 3.11).

7. REQUEST FOR CONFORMED COPY: If a party presenting a document for filing requests the Clerk to return a conformed copy by United States Mail, an extra copy shall be submitted by the party for that purpose accompanied by a postage paid, self-addressed envelope. (See Local Rule 3.5.5).

1  8. REMOVED ACTIONS: Any answers filed in state court must be refiled with the Court as a supplement to the petition. Any pending motions must be renoticed in accordance with Local Rule 7.

9. TELEPHONIC HEARINGS: Judge Snyder will permit oral argument on calendared motions to be heard telephonically if (a) all involved parties consent to the telephone hearing, (b) the parties anticipate presenting limited argument, and (c) the Court's calendar permits such telephonic oral argument to be heard.

The Courtroom Deputy Clerk must be notified by the moving party of all counsels' intention to participate in a telephonic hearing by the Wednesday prior to the Monday hearing date.

The telephonic hearing will be scheduled between 9:00 a.m. and 9:30 a.m., on the Monday originally scheduled for the hearing of the motion pursuant to the Federal Rules of Civil Procedure and the Local Rules. The party bringing the motion will initiate the conference call, and when all counsel are present on the line, will contact the Court. Callers will hold on the line until their motion is ready to be heard, at which time they will be connected with the Court, the case will be called, and the telephonic hearing will commence.

10. NOTICE OF THIS ORDER: Counsel for plaintiff is responsible for promptly serving a copy of this Order on all defendants' counsel. If this case came to the Court via removal, the removing defendant shall promptly serve a copy of this Order on all parties of record.

Date: <u>November 3, 1999</u>

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

4