ORIGINAL

1  ELIZABETH W. WALKER, State Bar No. 113545
   RONALD K. GILLER, State Bar No. 142733
2  DEWEY BALLANTINE LLP
   333 South Grand Avenue
3  26th Floor
   Los Angeles, California 90071-1406
4  (213) 621-6000

5  Attorneys for Plaintiff
   CREDIT SUISSE FIRST BOSTON
6  MORTGAGE CAPITAL LLC

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 CREDIT SUISSE FIRST BOSTON          ) Case No. CV 99-11194 CAS (JWJx)
   MORTGAGE CAPITAL LLC, a             )
12 Delaware limited liability          ) **REQUEST FOR DISMISSAL OF**
   company,                            ) **DEFENDANTS OCEAN TRAILS L.P. AND**
13                                     ) **OCEAN TRAILS MANAGEMENT LLC**
                                       )
14             Plaintiff,              )
                                       )
15        v.                           )
                                       )
16 OCEAN TRAILS L.P., a                )
   California limited                  )
17 partnership; OCEAN TRAILS           )
   MANAGEMENT LLC, a California        )
18 limited liability company;         )
   HEISE, REINEN, MACRAE &             )
19 ASSOCIATES, INC., a Minnesota       )
   corporation; BEN F. SMITH,          )
20 INC., a California                  )
   corporation; and ADVANCED           )
21 CONTRACTORS, INC., a                )
   California corporation,             )
22                                     )
              Defendants.              )
23                                     )
                                       )
24                                     )
                                       )
25 _____)

26

27

28

Docketed
Copies / NTC Sent
NO JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS

JAN - 3 2003

54

1 | TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |

3 | PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of

4 | the Federal Rules of Civil Procedure, Plaintiff Credit Suisse

5 | First Boston Mortgage Capital LLC hereby dismisses Defendants

6 | Ocean Trails L.P. and Ocean Trails Management LLC from this

7 | action.

8 |

9 | Dated: December 29, 2002       ELIZABETH W. WALKER
                                   RONALD K. GILLER
10 |                              DEWEY BALLANTINE LLP

11 |

12 | By: _Elizabeth W. Walker_
                                   Elizabeth W. Walker
13 |
                                   Attorneys for Plaintiff
14 |                              CREDIT SUISSE FIRST BOSTON
                                   MORTGAGE CAPITAL LLC
15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

1        **PROOF OF SERVICE**

2 STATE OF CALIFORNIA          )
                              )  ss
3 COUNTY OF LOS ANGELES        )

4        I am a resident of the State of California, over the age of
eighteen years, and not a party to the within action.  My
5 business address is DEWEY BALLANTINE LLP, 333 South Grand
Avenue, Los Angeles, California  90071-1530.  On January 2,
6 2003, I served the within documents:

7 **REQUEST FOR DISMISSAL OF DEFENDANTS OCEAN TRAILS L.P. AND OCEAN
TRAILS MANAGEMENT LLC**

8

9 ⊓   I sent such document from facsimile machine 213 621-6100 on
     November 25, 2002.  I certify that said transmission was
10    completed and that all pages were received and that a report
     was generated by facsimile machine 213 621-6100 which
11    confirms said transmission and receipt.  I, thereafter,
     mailed a copy to the interested party(ies) in this action by
12    placing a true copy thereof enclosed in sealed envelope(s)
     addressed to the parties listed below.

13

14 X   by placing the document(s) listed above in a sealed envelope
     with postage thereon fully prepaid, in the United States
     mail at Los Angeles, California addressed as set forth
15    below.

16 ⊔   by personally delivering the document(s) listed above to the
     person(s) at the address(es) set forth below.

17

18 ⊓   I am readily familiar with Dewey Ballantine's business
     practices of collecting and processing items for pickup and
     next business day delivery by Federal Express.  I placed
19    such sealed envelope(s) for delivery by Federal Express to
     the offices of the addressee(s) as indicated on the attached
20    mailing list on the date hereof following ordinary business
     practices.

21

22    Richard A. Love, Esq.          James R. Stillman, Esq.
     11601 Wilshire Boulevard,       Murphy, Sheneman, Julian &
     Suite 2000                      Rogers
23    Los Angeles, CA 90025-1756     101 California Street, Suite
                                     3900
24                                   San Francisco, CA 94111

25        I am readily familiar with the firm's practice of
collection and processing correspondence for mailing.  Under
26 that practice it would be deposited with the U.S. Postal Service
on that same day with postage thereon fully prepaid in the
27 ordinary course of business.  I am aware that on motion of the
party served, service is presumed invalid if postal cancellation
28 date or postage meter date is more than one day after the date
of deposit for mailing in affidavit.

1        I declare that I am employed in the office of a member of
the bar of this court at whose direction the service was made.

2

    Executed on January 2, 2003, at Los Angeles, California.

3

4
                                       Kathleen S. Gates

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28